Ralph Levin, appellee, v. I. Mansbach, appellant. .Gen. No. 32,353.

Opinion filed May 2, 1928.

Mort D. & Frank Goldberg, for appellant. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.

Pyramid Chemical Company, appellee, v. Ralph Sollitt & Sons Construction Company, appellant. Gen. No. 32,367.

Opinion filed May 2, 1928.

Jesse Marcus, for appellant. Townley, Wild, Campbell & Clark, for appellee; Charles V. Clark and Allin H. Pierce, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

Anna E. Tanner, plaintiff in error, v. John C. Tanner, defendant in error. Gen. No. 32,426.

Opinion filed May 2, 1928.

Frank T. McDermott, for plaintiff in error; Frank A. Ramsey, of counsel. Harry X. Cole, for defendant in error; Cohon & Goldstein, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

Carlson Fuel & Supply Company, appellee, v. James L. Munger and James T. Munger, appellants. Gen. No. 32,436.

Opinion filed May 2, 1928.

Sinden & Hassell, for appellants; Clyde C. Fisher, of counsel. Harry H. Felgar, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

Louis Crane, plaintiff in error, v. David Zolotov and Israel Choldenko, defendants in error. Gen. No. 32,491.

Opinion filed May 2, 1928. Rehearing denied May 17, 1928.

Daniel Gombiner, for plaintiff in error. Myron E. Wisch, for defendants in error; Nathan Einhorn, of counsel.

Mr. Justice Holdom delivered the opinion of the court.